IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DETLEF SOMMERFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.08 C03025 |
| | ) | |
| THE CITY OF CHICAGO, | ) | Judge Gottschall |
| SERGEANT KNASIAK, | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Joseph Longo
      2100 West Haven
      Mt. Prospect, IL 60056

**PLEASE TAKE NOTICE** that on July 7, 2008,1 electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following Defendant City of Chicago's Motion to Dismiss Plaintiff's Complaint and to Stay Proceedings and supporting memorandum, copies of which are attached hereto.

**PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge Gottschall or any Judge or Magistrate Judge sitting in her stead, on July 10, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present this motion.

DATED at Chicago, Illinois this 7th day of July 2008.

                            Respectfully submitted,
                            MARA S. GEORGES
                            Corporation Counsel
                            of the City of Chicago


                   BY:      /s/ Jav M. Kertez
                            Senior Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312)744-9212