UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Detlef Sommerfield
                      Plaintiff,

v.                                           Case No.: 1:08−cv−03025
                                            Honorable Joan B. Gottschall

City of Chicago, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Motion hearing held on 7/10/2008 regarding motion to dismiss[9]. Briefing schedule as to MOTION by Defendant City of Chicago to dismiss Plaintiff's Complaint and to Stay Proceedings [9] is as follows :( Responses due by 7/31/2008, Replies due by 8/21/2008.) Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.