IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DETLEF SOMMERFIELD | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   08 CV 3025 |
| | ) | |
| CITY OF CHICAGO | ) | Honorable Judge Gottschall |
| SERGEANT KNASIAK #1841 | ) | |
| | ) | JURY DEMAND |
| Defendants. | ) | |

**NOTICE OF MOTION**

On 7 August 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, or any judge sitting in her stead, in Room 2325, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois and present the MOTION TO COMPEL DEFENDANT TO PRODUCE CURRENT OUT-OF-STATE ADDRESS OF DEFENDANT/SERGEANT KNASIAK AND/OR RELIEF FOR DEFENDANT IGNORING SUBPOENA.

Respectfully submitted,

_____
Joseph A. Longo

**LONGO AND ASSOCIATES LTD.**
Joseph A. Longo, Esq.
Attorney for Plaintiff
2100 West Haven
Mt. Prospect, IL   60056
(847) 640-9490
AttorneyNo.53635

## CERTIFICATE OF SERVICE

      I, Joseph A. Longo, an attorney, certify that I served this NOTICE OF MOTION by electronic filing on 1 August 2008 before 5pm and to those listed below by email on 1 August 2008 before 5pm. Under penalties as provided by law pursuant to 735 ILCS, Sec 5/1-109, I certify that the statements set forth in this Certificate of Service are true and correct.

                                                                                         _____
                                                                                         Joseph A. Longo

Ms. Suyon Reed
Assistant Corporation Counsel
30 N. LaSalle St., Suite 1400
Chicago, IL 60602
SuyonReed@cityofchicago.org