IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DETLEF SOMMERFIELD,** | ) | |
| | ) | No. 08 C 3025 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge Gottschall |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## CITY OF CHICAGO'S MOTION
## FOR LEAVE TO WITHDRAW COUNSEL

Defendant City of Chicago ("City"), by its attorney Mara S. Georges, respectfully moves this Court for leave to allow Meera Werth to withdraw her appearance as attorney of record in this case pursuant to Northern District of Illinois Local Rule 83.17. In support of this motion, the City states:

1. Meera Werth has transferred to the Federal Civil Rights Litigation Division of the City of Chicago Law Department and is no longer assigned to this case.

2. Jay Kertez and Robert Rutherford remain as counsel of record for the City in this case and will continue to represent the City in matters involving this lawsuit.

WHEREFORE, defendant City of Chicago respectfully requests this Court to enter an order allowing Meera Werth to withdraw her appearance as attorney of record for the City pursuant to Northern District of Illinois Local Rule 83.17.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

*/s/ Meera Werth*
MEERA WERTH
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 742-7035