IN THE UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **DETLEF SOMMERFIELD,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 3025 |
| | ) | |
| v. | ) | |
| | ) | Judge Gottschall |
| **CITY OF CHICAGO, et al.,** | ) | |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   Joseph A. Longo
      Longo & Associates
      2100 West Haven
      Mount Prospect, Illinois 60056

**PLEASE TAKE NOTICE** that I will appear before Judge Gottschall or before such other Judge or Magistrate sitting in her stead, on **Thursday, August 14, 2008,** at **9:30 a.m.** or as soon thereafter as counsel may be heard and then and there present this motion.

**DATED** at Chicago, Illinois, this 4th day of August, 2008.


                          s:/ *Meera Werth*
                              Meera Werth
                              Assistant Corporation Counsel