# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3025 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Sommerfield vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

City of Chicago's motion for leave to withdraw counsel [19] is granted. The appearance of Meera Werth is withdrawn.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|