IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DETLEF SOMMERFIELD, | ) | |
| Plaintiff, | ) | **No. 08 C 3025** |
| v. | ) | |
| | ) | JUDGE GOTTSCHALL |
| THE CITY OF CHICAGO, | ) | |
| SERGEANT KNASIAK, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

**DEFENDANT KNASIAK'S AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, Lawrence Knasiak, by his attorney, Kathleen Manion, Assistant Corporation Counsel for the City of Chicago, respectfully moves for an extension of time to October 20, 2008 to answer or otherwise plead in response to Plaintiff's Complaint. In support of this motion, Defendant Knasiak states the following:

1. On May 23, 2008, Plaintiff Detlef Sommerfield, a Chicago Police Officer, filed this Complaint against the City of Chicago and his former supervisor, retired Sergeant Lawrence Knasiak, alleging constitutional claims pursuant to § 1981 and § 1983 for alleged retaliation, discrimination and harassment (on the basis of national origin and race).

2. On or about August 8, 2008, Defendant Knasiak agreed to allow the Office of the Corporation Counsel of the City of Chicago to accept service of the summons and complaint on his behalf.

3. On August 11, 2008, undersigned counsel filed her appearance on Defendant Knasiak's behalf.

4. Undersigned counsel is in the process of gathering information and documentation responsive to plaintiff's Complaint.

5.Moreover, Defendant City of Chicago's Motion To Dismiss Plaintiff's Complaint And To Stay Proceedings is currently being briefed by the parties.

6.This motion is Defendant Knasiak's first request for an extension of time to answer or otherwise plead. This request is made not to delay the proceedings but rather to allow Defendant Knasiak to respond properly to the allegations in plaintiff's Complaint.

7.Undersigned counsel spoke with plaintiff's attorneys, Joseph Longo, by telephone on August 20, 2008. Mr. Longo said he has no objection to Defendant Knasiak's request for an extension of time of 60 days to answer or otherwise plead.

WHEREFORE, Defendant Lawrence Knasiak respectfully requests that he be given an extension of time to October 20, 2008 to answer or otherwise plead in response to plaintiff's Complaint; and for any other relief that this Honorable Court deems proper.

Respectfully submitted,


*/s/ Kathleen D. Manion*
KATHLEEN D. MANION
Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No.  6286785