IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DETLEF SOMMERFIELD, | ) | |
| Plaintiff, | ) | **No. 08 C 3025** |
| v. | ) | |
| | ) | JUDGE GOTTSCHALL |
| THE CITY OF CHICAGO, | ) | |
| SERGEANT KNASIAK, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that on this 21st day of August 2008, I have caused to be e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division **DEFENDANT KNASIAK'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Gottschall, or before such other judge sitting in his place, on the 28th day of August 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

 MARA S. GEORGES,
 CORPORATION COUNSEL
 CITY OF CHICAGO

By:  */s/ Kathleen D. Manion*
 KATHLEEN D. MANION
 Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No. 6286785