IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DETLEF SOMMERFIELD, | ) | |
| Plaintiff, | ) | **No. 08 C 3025** |
| v. | ) | |
| | ) | JUDGE GOTTSCHALL |
| THE CITY OF CHICAGO, | ) | |
| SERGEANT KNASIAK, | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## AMENDED NOTICE OF FILING

    **PLEASE TAKE NOTICE** that the Honorable Judge Gottschall will not be sitting on August 28, 2008, the original notice date for **DEFENDANT KNASIAK'S AGREED MOTION FOR EXTENSION OF TIME**. Therefore, I shall appear before the Honorable Judge Gottschall on the 4th day of September 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, and then and there present the previously-filed motion.

                                                    MARA S. GEORGES,
                                                    CORPORATION COUNSEL
                                                    CITY OF CHICAGO

                                       By:    */s/ Kathleen D. Manion*
                                                    KATHLEEN D. MANION
                                                    Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
Attorney No. 6286785