**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Detlef Sommerfield

                         Plaintiff,

v.                                               Case No.: 1:08−cv−03025
                                                   Honorable Joan B. Gottschall

City of Chicago, et al.

                         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, September 4, 2008:

       MINUTE entry before the Honorable Joan B. Gottschall:Defendant Knasiak's agreed motion for extension of time to answer or otherwise plead by 10/20/2008 [24] is granted. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.