UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DETLEF SOMMERFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-3025 |
| | ) | |
| v. | ) | |
| | ) | Judge Joan B. Gottschall |
| THE CITY OF CHICAGO, | ) | |
| SERGEANT KNASIAK #1841, | ) | |
| | ) | |
| Defendants. | ) | |

# JUDGMENT

On February 29, 2009, the court granted defendant the City of Chicago's motion to dismiss. Plaintiff Detlef Sommerfield's remaining claims against Defendant Lawrence Knasiak were tried to a jury. The jury returned its verdict on July 24, 2014.

By separate order entered this day, the court finds that Sommerfield is entitled to $54,315.24 in economic damages and $8,703.96 in prejudgment interest. The court further finds that Knasiak is entitled to an offset in the entire amount of economic damages but not prejudgment interest.

In accordance with the jury's verdict and the foregoing findings, judgment is hereby entered as follows:

(i) Sommerfield's claims against the City of Chicago pleaded in this case are dismissed as duplicative;

(ii) Sommerfield shall recover from Knasiak the amount of $548,703.96. That amount consists of: (a) $540,000.00 in punitive damages; plus (b) $8,703.96 in pre-judgment interest; plus (c) $54,315.24 in economic damages; minus (d) the same amount, $54,315.24, in an offset.

Pursuant to 28 U.S.C. § 1961, postjudgment interest shall accrue at the rate of 1.1 percent.

Date: May 12, 2017
/s/
Joan B. Gottschall
United States District Judge

1