IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DETLEF SOMMERFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 03025 |
| | ) | |
| | ) | Judge Joan B. Gottschall |
| THE CITY OF CHICAGO | ) | |
| SERGEANT KNASIAK #1841, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT LAWRENCE KNASIAK'S COMBINED RENEWED RULE 50 MOTION FOR JUDGMENT AS A MATTER OF LAW, RULE 59(A) MOTION FOR A NEW TRIAL, AND RULE 59(E) MOTION TO ALTER OR AMEND JUDGMENT**

TABLE OF CONTENTS

INTRODUCTION ...........................................................................................................................1

APPLICABLE LEGAL STANDARDS ........................................................................................2

    A. Standard for Renewed Rule 50 Motion for Judgment at a Matter of Law ..............2
    B. Standard for Rule 59(a) Motion for New Trial .......................................................3
    C. Standard for Rule 59(e) Motion to Alter or Amend a Judgment ............................3

RELEVANT EVIDENCE AT TRIAL .........................................................................................3

ARGUMENT....................................................................................................................................8

A. A Reasonable Jury Would Not Have Had a Legally Sufficient Evidentiary Basis to Find Knasiak Liable for Sommerfield's Suspension from his Employment or the Decision to Deny Him a Canine Handler Position ......................8
    i. Sommerfield Failed to Adduce Legally Sufficient Evidence Through the Direct Method of Proof
    ii. Sommerfield Failed to Adduce Legally Sufficient Evidence Through the Indirect Method if Proof

B. The Jury Award of Punitive Damages is Unwarranted and is Both Constitutionally and Conventionally Excessive, and Should be Eliminated or Substantially Reduced..........................................................................................8
    i. The Degree of Reprehensibility of Knasiak's Conduct Does Not Support the Punitive Damage Award

i

ii. The Punitive Damage Award is Not Reasonably Related to the Harm Inflicted by Knasiak
iii. Comparable Penalties
iv. The Punitive Damage Award Entered Against Knasiak Should be Substantially Reduced in Light of his Financial Condition

CONCLUSION..............................................................................................................27

## TABLE OF AUTHORITIES

*Accord Anderson v. Catholic Bishop of Chicago*, 759 F.3d 645, 652-53(7th Cir. 2014)..............................................................................................................3

*Annis v. County of Westchester*, 933 F.Supp. 115(2nd Cir. 1998) ...................... 23

*Bell v. City of Milwaukee*, 746 F.2d 1205, 1267(7th Cir. 1984).........................26

*BMW of North America v. Gore*, 517 U.S. 559,585(1996)................................16

*BMW* at 574-75 ..............................................................................................17, 22

*BMW* at 581........................................................................................................19

*BMW* at 582........................................................................................................19

*Brown v. Advocate S. Suburban Hosp.*, 700 F.3d 1101, 1108(7th Cir. 2012)....12

*Burks v. Wis. Dep't of Transportation*, 464 F.3d 744, 751 n.3 (7th Cir. 2006)....9

*Burks* at 750-51 ..................................................................................................14

*Cash v. Beltmann North American Co., Inc.*, 900 F.2d 109, 111 n.3 (7th Cir. 1994)....................................................................................................................25

*Ciomber v. Cooperative Plus, Inc.*, 527 F.3d 635, 640 n. 1(7th Cir. 2008)........21

*Cook v. IPC Int'l Corp.*, 673 F.3d 625, 628(7th Cir. 2012)................................11

*Cooper Industries, Inc. v. Leatherman Tool Group*, 532 U.S. 424, 437(2001)..16

*Cygnar v. City of Chic.*, 865 F.2d 827, 847(7th Cir. 1989) ................................18

*David v. Caterpillar*, 324 F.3d 851, 864(7th Cir. 2003)....................................18

*DeRance, Inc. v. PaineWebber, Inc.*, 872 F.2d 1312, 1328(7th Cir. 1989)........23

*E.E.O.C. v. AIC Security Investigations, Ltd.*, 55 F.3d 1276, 1287 (7th Cir. 1995)..........23

*Erebia v. Chrysler Plastic Products Corp.*, 772 F.2d 1250, 1259(6th Cir. 1985)..............18

*Fleming v. City of Kane*, 898 F.2d 553, 561(7th Cir. 1990)..................................18

*Florez v. Delbovo*, 939 F. Supp. 1341, 1347-48(N.D.Ill. 1996)..............................17

*Florez* at 1348 .......................................................................................22

*Haslip* at 9-12........................................................................................19

*Haslip* at 23-24......................................................................................19

*Haslip* at 41..........................................................................................19

*Hennessy v. Penril Datacomm Networks, Inc.*, 69 F.3d 1344, 1352(7th Cir. 1995)..........17

*Hennessy* at 1352...................................................................................19

*Hildebrandt v. Illinois Dep't of Nat. Res.*, 347 F.3d 1014, 1039(7th Cir. 2003).................9

*Hunter v. Allis-Chalmers Corp., Engine Div.*, 797 F.2d 1417, 1422-23(7th Cir. 1986)........18

*Johnson v.General Bd. Of Pension & Health Benefits of United Methodist Church*, 733 F.3d 722, 730(7th Cir. 2013) ..........................................................3

*Joan W. v. City of Chicago*, 771 F.2d 1020, 1023(7th Cir. 1985) ...............................16

*Johnson v. Koppers, Inc.*, 726 F.3d 910, 915(7th Cir. 2013)......................................13

*Kemezy v. Peters*, 79 F.3d 33, 35(7th Cir. 1996)....................................................23

*Lee v. Edwards*, 101 F.3d 805, 811-813(2nd Cir. 1996) ..........................................25

*Lindsey v. Walgreen Co.*, 615 F.3d 873, 876(7th Cir. 2010).......................................13

*Lugo v. International Brotherhood of Electrical Workers Local #134*, 175 F. Supp.3d 1026, 1033(N.D. Ill. 2016) ..........................................................22

*McCollum v. McDaniel*, 136 F.Supp.2d 472(D.Md. 2001)........................................26

*McNabola v. Chicago Transit Auth.*, 10 F.3d 501, 516(7th Cir. 1993).........................16

*Merriweather v. Family Dollar Stores of Ind., Inc.*, 103 F.3d 576, 581(7th Cir. 1996)........17

*Miller v. Polaris Labs., LLC*, 797 F.3d 486, 490(7th Cir. 2015) ..................................11

*Pacific Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1, 21-22(1991) ......................................17

*Patterson v. Balsamico*, 440 F.3d 104, 120-123(2nd Cir. 2006) ........................................26

*Reeder-Baker v. Lincoln Nat. Corp.*, 649 F.Supp. 647, 663(N.D.Ind. 1986) ....................18

*Roberts v. Columbia College Chicago*, 821 F.3d 855, 865-66(7th Cir. 2016) ..................12

*Ramsey v. Am. Air Filter Co.*, 722 F.2d 1303, 1314(7th Cir. 1985) ........................17,18,19

*Russ v. Watts*, 414 F.3d 783 (7th Cir. 2005) .....................................................................26

*Russell v. Delco Remy Div. of General Motors Corp.*, 51 F.3d 746, 749(7th Cir. 1995) ....................................................................................................................................3

*Schandelmeier-Bertels v. Chi. Park Dist.*, 634 F.3d 372, 383 (7th Cir. 2011) ..................13

*Smith v. Bray, 681 F.3d 888, 896*(7th Cir. 2012) ................................................................9

*Smith* at 896-97 ................................................................................................................10

*Smith* at 900 .....................................................................................................................13

*Sommerfield v. City of Chicago*, 2011 WL 4553021 (N.D. Ill. Sept. 29, 2011) ..................9

*Sommerfield v. City of Chicago*, 2013 WL 4047606(N.D. Ill. Aug. 9. 2013) ...............9, 15

*State Farm Mutual Automobile Ins. Co. v. Campbell*, 123 S. Ct. 1513, 1521(2003) ........16

*Staub v. Proctor Hospital*, 562 U.S. 411, 419-20(2011) ...................................................11

*Timm v. Progressive Steel Treating, Inc.*, 137 F.3d 1008 (7th Cir. 1998) ........................21

*Turner v. Hirschbach Motor Lines*, 854 F.3d 926, 929(7th Cir. 2017) .............................12

*Turner* at 928 ....................................................................................................................13

*TXO Production Corp. v. Alliance Resources Corp.*, 509 U.S. 443,454(1993) ...........16, 17

TXO at 467 .......................................................................................................................19

*Vasbinder v, Scott*, 976 F.2d 118, 121 (2nd Cir. 1992) .....................................................25

*Whitlock v. Brueggemann*, 682 F.3d 567, 582(7th Cir. 2012) ..........................................20

*Woods v, City of Berwyn*, 803 F.3d 865, 870-71(7th Cir. 2015) .......................................13

*Young v. Dillon Companies*, Inc., 468 F.3d 1243, 1253(10th Cir. 2006) .........................13

Respectfully submitted,

/s/: Anthony L. Schumann
ANTHONY L. SCHUMANN

Anthony L. Schumann (6189233)
Quintairos, Prieto, Wood & Boyer, P.A.
233 South Wacker Drive, 70th Floor
Chicago, IL 60606
T: (312) 566-0040